UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TOMMY RAY BRYANT,       )<br>         Plaintiff,       )<br>                                                       )<br>v.                                                    )<br>                                                       )<br>                                                       )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security,                         )<br>         Defendant.       )<br>                                                       ) | **JUDGMENT**<br><br>No. 7:21-CV-116-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 23, 2022, that defendant pay to plaintiff $6,550.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund.

**This Judgment Filed and Entered on May 23, 2022, and Copies To:**
James Kevin Morton (via CM/ECF Notice of Electronic Filing)
David M. Mansfield / Cassia Parson (via CM/ECF Notice of Electronic Filing)

May 23, 2022                      PETER A. MOORE, JR., CLERK

                                           /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk